IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-cv-484-D

| | |
|---|---|
| CASSAUNDRA CRADDOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CONSENT ORDER** |
| ) | |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3,700.00 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). It also appearing that Plaintiff's Counsel should be reimbursed the $400.00 filing fee from the Treasury Judgment Fund.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $3,700.00, sent to Plaintiff's Counsel's office address, and that Counsel be reimbursed the $400.00 filing fee from the Treasury Judgment Fund, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

SO ORDERED. This 19 day of September 2014.

JAMES C. DEVER III
Chief United States District Judge