IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-cv-484-D

| CASSAUNDRA CRADDOCK, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| CAROLYN COLVIN,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $12,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $3,700.00 by counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $12,000.00 and that Plaintiff's counsel pay to Plaintiff the sum of $3,700.00 and upon the payment of such sums this case is dismissed with prejudice.

So ORDERED. This the **29** day of May 2015.

JAMES C. DEVER III
Chief United States District Judge